IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 7:20-CR-48 |
| v. | : | |
| MIGUEL L. MORA, | : | |
| Defendant. | : | |

## ORDER

The Court, having read and considered the Motion of the Government for Additional Decrease for Acceptance of Responsibility Pursuant to U.S.S.G. Section 3E1.1(b) in the above-referenced case, hereby finds that in the event that the Defendant receives the two level reduction for acceptance of responsibility pursuant to Section 3E1.1(a) of the United States Sentencing Guidelines, and provided that the Defendant's offense level as determined in the PSR prior to the operation of Section 3E1.1(a) is level 16 or greater, then the Defendant shall be entitled to the additional decrease of one point.

Therefore, provided that the conditions stated above are met in this case at the time of sentencing, the Motion of the Government is **GRANTED**.

SO ORDERED, this _18th_ day of _August_, 2021.

_____
HONORABLE W. LOUIS SANDS
UNITED STATES DISTRICT JUDGE